Pro Se 1 (Rev 09/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT

for the

District of Massachusetts

*FILED*
*IN CLERKS OFFICE*
*2018 JUN 14 PM 4: 16*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

JOSEPH REID

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names )*

-v-

UBER

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names )*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name              JOSEPH REID

Street Address    24-B LIBERTY PLACE

City and County

State and Zip Code    RANDOLPH, MA, 02368

Telephone Number    _____

E-mail Address    _____

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev 09/16) Complaint for a Civil Case

— Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMPLAINT

PLAINTIFF | DEFENDANT

FILED
IN CLERKS OFFICE

2018 MAR 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH REID
248 LIBERTY PL
RANDOLPH MA 02368

UBER TRANS CO.
39 CAUSEWAY ST.
BOS, MA.

I JOSEPH REID WAS FIRED FROM UBER
FOR HAVING SOMEONE THAT WAS IN
MY CAR. THAT WOULD NOT GET OUT
WHEN I TOOK HER TO WHERE SHE SAID
SHE WANTED TO GO. SHE WOULD CHANGE
HER MIND AND WOULD NOT GET OUT
OF MY CAR. SO I WAS TOLD I COULD
NOT HAVE ANYONE RIDING AROUND WITH
ME. I WAS NOT GIVEN ANYTHING IN
WRITING. I WAS NOT ABLE TO REBUTAL
OR EVEN HAD ANE CHANCE TO DEFEND
MYSELF AND I HAVE NOT BEEN
ABLE TO WORK FOR UBER SINCE. I AM
A AMERICAN CITIZEN. I FEEL THAT I
SHOULD NOT HAVE BEEN FIRED. ALSO
UBER WOULD NOT PAY ME FOR WORK I
HAD DONE FOR THEM. I FEEL THAT I
MAY HAVE GOT FIRED BECAUSE I FOUGHT
FOR MY MONEY I WORKED FOR = RETALI-
ATION. I HAVE NOT BEEN ABLE TO FOR 3 YEARS
ASKING FOR PAYMENT OF LOST HOURS. I WAS
NOT ALLOWED TO WORK. BECAUSE OF FIRING.

(1) CIVIL VIOLATION
(2) UNFAIR FIRING
(3) WILL DELIEVER COPY TO DEFENDANT AT 39 CAUSEWAY ST. BOS, MA

Pro Se 1 (Rev 09/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)*

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

Pro Se 1 (Rev 09/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _U BER DRBWS INC.,_ is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _B9 CAUSEWAY ST_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _U BER_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

WAS FIRED UNLAWFULLY, IN RETALIATION FOR FIGHTING FOR PAYMENT FOR WORK DONE. "STRESS AND CRUELTY" FILLING FOR. I WAS NEVER GIVEN ANY DOCUMENTS OR PAPERS AS TO WHY I WAS FIRED. SO I DON'T HAVE ANY PAPERS TO EVEN REBUTTLE.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. $1500.00 00 to $700.00 A DAY WHEN WORKING FOR 2 YEARS AS I WAS UNABLE TO WORK BECAUSE OF UNFAIR FIRING. 150.00 to 100.00 A A DAY AND MENTAL STRESS AND CRUELTY.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        *Joseph Reid*

Signature of Plaintiff     *Joseph Reid*
Printed Name of Plaintiff   *Joseph REID*

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address